**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| OLUSEGUN ADELEGAN,<br><br>        Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | Case No. 19-cv-3440 (JMC) |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss, ECF 26, is **GRANTED**, and as a result Plaintiff's complaint is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 24, 2026

1